November 14, 2023

Honorable Judge Victor Marrero
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/23
```

*United States v. Santiago, et al., No. 00-cr-237*
**Withdrawal of Attorney**

Dear Judge Marrero,

    Please be advised that, I am no longer employed by the firm of Debevoise & Plimpton LLP, the attorneys for Defendant Julius Williams in the above-captioned matter. Other Debevoise attorneys have appeared and will continue to represent Defendant Williams.

    I hereby respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list. I would be most grateful if Your Honor would approve of my withdrawal by having this letter memo endorsed so that the clerk may modify and update the Court's records accordingly.

    Thank you for your attention to this request.

    Respectfully submitted,

/s/ Isabela Garcez
Isabela M. Garcez
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
212-909-6000

*Attorney for Defendant Julius Williams*

SO ORDERED:

_____
Victor Marrero, U.S.D.J.